UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MICHAEL HANNAH,<br><br>    Plaintiff,<br><br>v.<br><br>LOMBARDO, et al.,<br><br>    Defendants. | Case No. 19-cv-07023-LB<br><br>**ORDER OF TRANSFER**<br>Re: ECF No. 1 |

Michael Hannah filed this *pro se* civil action complaining about events and omissions occurring at the Clark County Detention Center in Las Vegas, Nevada, within the venue of the District of Nevada. All four defendants work at the detention center and apparently reside in the District of Nevada. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the District of Nevada and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the District of Nevada.

**IT IS SO ORDERED.**

Dated: November 5, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 19-cv-07023-LB